DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. MILBY and STATE v. BOYD

No. 385 PC

No. 134 (Fall Term)

Case below: 47 NC App 669

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 16 September 1980. Petition by Attorney General for writ of Supersedeas allowed 16 September 1980.

STATE v. MODLIN

No. 353 PC

Case below: 47 NC App 585

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.

STATE v. MOORE

No. 272 PC

Case below: 46 NC App 563

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

STATE v. MULLEN

No. 383 PC

Case below: 47 NC App 667

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 16 September 1980.

STATE v. RICH

No. 401 PC

Case below: 47 NC App 767

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980.